[No. 46607-1-I.  Division One.  April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. HERBERT BLACKBEAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-50329-1, Patricia H. Clark, J., entered April 26, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46667-4-I.  Division One.  April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS ERVIN DANIELS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-02196-1, Charles S. French and Ronald L. Castleberry, JJ., entered May 18, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46814-6-I.  Division One.  April 23, 2001.]

VICTORIA L. CLARK, *Appellant*, v. JOHN RANDOLPH ALLISON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 89-5-00719-4, James A. Doerty, J., entered May 26, 2000. *Reversed* by unpublished per curiam opinion.

[No. 46963-1-I.  Division One.  April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. J.F., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-06479-0, Steven G. Scott, J., entered July 27, 2000. *Affirmed* by unpublished per curiam opinion.